# In the United States Court of Federal Claims

No. 19-1405 T
Filed: September 24, 2019

**CARY ZOLMAN**

v.                                                                                    **JUDGMENT**

**UNITED STATES**

Pursuant to the court's Order, filed September 20, 2019,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

                                    Lisa L. Reyes
                                    Clerk of Court

                   By: *[signature]*

                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.